## ADAMS vs. GILBERT and others.

Where a suit against several defendants is commenced by declaration, the proceedings will not be set aside, although the declaration was not served on all the defendants, if an attorney has appeared and put in a plea for all of them.

A MOTION was made in this case to set aside the proceedings, on the ground that the suit was commenced by declaration, and that it had not been served on all the defendants. In opposition to the motion, it appeared that an attorney had appeared and pleaded for all the defendants, and that the cause was duly at issue.

*By the Court*, SAVAGE, Ch. J. When a cause is duly at issue, we will not inquire into the previous proceedings. It is competent for parties voluntarily to come into court and join issue, and having done so, it is immaterial whether the commencement of the suit was regular or not. Here an attorney of this court has appeared for all the defendants, who are bound by his act, unless they shew that he is irresponsible and cannot respond to them in damages, which in this case is not pretended. The motion is denied.